JAMES A. DEERING, Respondent, *v.* WILLIAM J. REILLY et al.,
Appellants.

Reported below, 38 App. Div. 164.
(Argued June 5, 1899; decided June 13, 1899.)

MOTION to prefer an appeal from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered March 23, 1899, sustaining plaintiff's exception
to a dismissal of the complaint on the trial, ordered to be
heard in the first instance by the Appellate Division, and
granting a new trial.

The motion was made upon the ground that defendants
would be greatly benefited by a speedy hearing of the appeal.

*Thompson & Maloney* for motion.

No one opposed.

Motion denied, without costs.

---

HENRY H. SIAS et al., as Administrators of CHARLES H.
McKEE, Deceased, Appellants, *v.* ROCHESTER RAILWAY
COMPANY, Respondent.

*Sias* v. *Rochester Railway Co.*, 18 App. Div. 506, appeal dismissed.
(Argued June 5, 1899; decided June 13, 1899.)

MOTION to dismiss an appeal from an order of the Appel-
late Division of the Supreme Court in the fourth judicial
department, entered June 25, 1897, reversing a judgment in
favor of plaintiffs entered upon a verdict and an order deny-
ing a motion for a new trial, and granting a new trial.

The motion was made upon the ground that it does not
affirmatively appear that the Appellate Division has examined
the facts.

*Beckley & Bissell* for motion.

*Purcell, Walker & Burns* opposed.

Motion granted and appeal dismissed, without costs.